UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVE DAWYRSON REYES,

    Plaintiff,

v.

Case No. 3:21-cv-00275

THE CITY OF JACKSONVILLE BEACH, a body politic and corporate; HANNAH HOWELL, individually; BRIAN WALLACE, individually; and RANDY BLALOCK, individually,

    Defendants.
_____/

## DEFENDANT OFFICERS' NOTICE OF REMOVAL

Defendants Hannah Howell, Brian Wallace, and Randy Blalock (collectively, "Defendant Officers"), pursuant to 28 U.S.C. § 1331, 28 U.S.C. §1367, 28 U.S.C. § 1441, 28 U.S.C. § 1446, and Local Rules 1.02 and 4.02, remove this matter to this Court, as follows:

1. Plaintiff commenced this action in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, under case number 16-2021-CA-000530-XXXX-MA.  Ex. 1, Complaint and Demand for Jury Trial.

2. The first paragraph of the Complaint states: "This is an action for damages… and is brought pursuant to the Fourth and Fourteenth Amendments to the

United States Constitution, 42 U.S. C. §§ 1983 and 1988, and Florida law." Ex. 1, ¶ 1.

3. The Complaint asserts three counts. Counts I and III assert claims under 42 U.S.C. § 1983 and § 42 U.S.C. § 1983.

4. On March 11, 2021, Defendant Officers were served with the Complaint. Ex. 2, Summonses.[1]

5. As the Complaint asserts claims under the Fourth and Fourteenth Amendments, this Court has jurisdiction over this dispute pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1441, as this dispute raises federal questions.

6. Pursuant to 28 U.S.C. §1367 and 28 U.S.C. §1441, this Court has jurisdiction to determine the state law issues raised in the Complaint, which are related to the asserted federal claims.

7. Pursuant to 28. U.S.C. §144l, and Local Rules 1.02 and 4.02, removal is proper to the Jacksonville Division of the Middle District of Florida, as the state court action was filed in Duval County.

8. Under 28 U.S.C. §1446, this notice is timely as this matter is being removed within thirty (30) days of service of the Complaint.

---

[1] Defendant Officers agreed their undersigned attorney could accept service of the summonses and complaint via e-mail on their behalf, and on March 11, 2021 the undersigned indeed accepted service.

9. While this notice is submitted by Defendant Officers, in accordance with 28 U.S.C. §1446, defendant City of Jacksonville Beach consents to removal, as indicated by the signature below of its attorney as this action. As such, all defendants named in this action consent to removal.

WHEREFORE, the Defendant Officers remove this action to this Honorable Court.

\* \* \*

Defendant City of Jacksonville Beach hereby consents to removal of this action from the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, to the United States District Court, Middle District of Florida.

/s/   Alison H. Sausaman[2]        3/12/21
       Alison H. Sausaman          Date
       Fla. Bar No. 112552
       asausaman@carrallison.com
       bedwards@carrallison.com
       Heath L. Vickers
       Fla. Bar No. 84769
       Carr Allison
       208 N. Laura St.
       Jacksonville, FL 32202
       Tel: 904-328-6456
       Fax: 904-328-6473
       Counsel for City of Jacksonville Beach

---

[2] Mr. Scott affixed Ms. Sausaman's electronic signature to this document with her express written permission.

Respectfully submitted on this 12th day of March, 2021.

                                BELL & ROPER, P.A.

By:   /s/ Dale A. Scott
       Michael J. Roper, Esq.
       Fla. Bar No. 0473227
       Dale A. Scott, Esq.
       Fla. Bar No. 0568821
       dscott@bellroperlaw.com
       ehemphill@bellroperlaw.com
       2707 E. Jefferson St.
       Orlando, FL 32803
       Tel: 407-897-5150
       Fax: 407-897-3332
       Counsel for Hannah Howell, Brian Wallace, and Randy Blalock

## CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished via e-mail on this 12th day of March, 2021, to:

Miguel A. Rosada, Esq.
mrosada@yourrights.lawyer
Rosada Law, PLLC
301 W. Bay St., Ste. 14
Jacksonville, FL 32202
Counsel for Steve Dawyrson Reyes

Alison H. Sausaman, Esq.
asausaman@carrallison.com
bedwards@carrallison.com
Heath L. Vickers
Carr Allison
208 N. Laura St.
Jacksonville, FL 32202
Counsel for City of Jacksonville Beach

By:   /s/ Dale A. Scott
        Dale A. Scott, Esq.