| Case 16-2021-CA-000530-XXXX-MA |||||
|---|---|---|---|---|
| Department | Circuit Civil | | Division | CV-B |
| Case Status | OPEN | | File Date | 1/28/2021 6:35:19 PM |
| Judge Name | DEARING, KATIE L | | Officer | |
| Private Attorney | Rosada, Miguel Andres Jr | | | |

### Parties

| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
|---|---|---|
| STEVE DAWYRSON REYES | PLAINTIFF<br>/ | 3463 TURKEY OAKS DR. W<br>JACKSONVILLE, FL32277 |
| CITY OF JACKSONVILLE BEACH | DEFENDANT<br>/ B | 11 N. 3RD ST.<br>JACKSONVILLE BEACH, FL32250 |
| HANNAH HOWELL | DEFENDANT<br>/ | 101 PENMAN RD. S.<br>JACKSONVILLE BEACH, FL32250 |
| BRIAN WALLACE | DEFENDANT<br>/ | 101 PENMAN RD. S.<br>JACKSONVILLE BEACH, FL32250 |
| RANDY BLALOCK | DEFENDANT<br>/ | 101 PENMAN RD. S.<br>JACKSONVILLE BEACH, FL32250 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Rosada, Miguel Andres Jr<br>Private Attorney (85343) | 301 W Bay St Ste 14<br>Jacksonville, FL32202-5100 | STEVE DAWYRSON REYES (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 01/29/2021 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 01/29/2021 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 01/29/2021 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 01/29/2021 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |
| 01/29/2021 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |

### Dockets

| Line /<br>Document | Count | Effective<br>Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 1/28/2021<br>1/29/2021 | OTHER CIRCUIT CIVIL - OTHER | | |
| 2<br>D2 | -- | 1/28/2021<br>1/29/2021 | COVER SHEET | 3 | **Available**<br>VOR, Ready to view |
| 3<br>D3 | -- | 1/28/2021<br>1/29/2021 | COMPLAINT AND DEMAND FOR JURY TRIAL | 7 | **Available**<br>VOR, Ready to view |
| 4<br>D4 | -- | 1/28/2021<br>1/29/2021 | SUMMONS ISSUED TO CITY OF JACKSONVILLE BEACH C/O MAYOR CHRISTINE HOFFMAN | 2 | **Must Register**<br>View on request |
| 5<br>D5 | -- | 1/28/2021<br>1/29/2021 | SUMMONS ISSUED TO HANNAH HOWELL | 2 | **Must Register**<br>View on request |

| Line / Document | Count | Effective<br>Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 6<br>D6 | -- | 1/28/2021<br>1/29/2021 | SUMMONS ISSUED TO BRIAN WALLACE | 2 | **Must Register**<br>🔒<br>View on request |
| 7<br>D7 | -- | 1/28/2021<br>1/29/2021 | SUMMONS ISSUED TO RANDY BLALOCK | 2 | **Must Register**<br>🔒<br>View on request |
| 8<br>D8 | -- | 1/28/2021<br>1/29/2021 | CASE FEES PAID: $441.00 ON RECEIPT NUMBER 3801911 | 1 | **Available**<br>📄<br>Public access |
| 9 | -- | 1/28/2021<br>1/29/2021 | DEMAND FOR JURY TRIAL | | |
| 10<br>D10 | -- | 3/2/2021<br>3/3/2021 | RETURN OF SERVICE CHRISTINE HOFFMAN FOR CITY OF JACKSONVILLE BEACH, 02-22-21, 4:10PM | 1 | **Must Register**<br>🔒<br>View on request |