Filing # 120450925 E-Filed 01/28/2021 06:35:19 PM

FORM 1.997.    CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.     CASE STYLE

IN THE CIRCUIT COURT OF THE <u>FOURTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

<u>STEVE DAWYRSON REYES</u>
Plaintiff                                                                                     Case # _____
                                                                                              Judge _____

vs.
<u>CITY OF JACKSONVILLE BEACH, HANNAH HOWELL, BRIAN WALLACE, RANDY BLALOCK</u>
Defendant

II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

III.    TYPE OF CASE       (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 01/29/2021 12:16:36 PM

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
　　☐ Business governance
　　☐ Business torts
　　☐ Environmental/Toxic tort
　　☐ Third party indemnification
　　☐ Construction defect
　　☐ Mass tort
　　☐ Negligent security
　　☐ Nursing home negligence
　　☐ Premises liability—commercial
　　☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
　　☐ Commercial foreclosure
　　☐ Homestead residential foreclosure
　　☐ Non-homestead residential foreclosure
　　☐ Other real property actions

☐Professional malpractice
　　☐ Malpractice—business
　　☐ Malpractice—medical
　　☐ Malpractice—other professional
☒ Other
　　☐ Antitrust/Trade regulation
　　☐ Business transactions
　　☐ Constitutional challenge—statute or ordinance
　　☐ Constitutional challenge—proposed amendment
　　☐ Corporate trusts
　　☐ Discrimination—employment or other
　　☐ Insurance claims
　　☐ Intellectual property
　　☐ Libel/Slander
　　☐ Shareholder derivative action
　　☐ Securities litigation
　　☐ Trade secrets
　　☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.     REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.     NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   <u>3</u>

**VI.     IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII.     HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.     IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Miguel A. Rosada Jr</u>          Fla. Bar # <u>85343</u>
              Attorney or party                                    (Bar # if attorney)

<u>Miguel A. Rosada Jr    </u>          <u>01/29/2021</u>
(type or print name)                    Date



# JODY PHILLIPS

**RECEIPT**
3801911

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
01/29/2021 12:16
Page 1 of 1

| Receipt Number: 3801911 - Date 01/29/2021   Time 12:16PM ||||
|---|---|---|---|
| **Received of:** | Miguel Andres Rosada<br>12331 York Harbor Dr.<br>Jacksonville, FL 32225 |||
| **Cashier Name:** | EFile | **Balance Owed:** | 441.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 441.00 |
| **Receipt ID:** | 7115835 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-B(Circuit Court) |||
| **Case# 16-2021-CA-000530-XXXX-MA -- PLAINTIFF: REYES, STEVE DAWYRSON** ||||
| Item | Balance | Paid | Bal Remaining |
| Fees | 441.00 | 441.00 | 0.00 |
| **Case Total** | **441.00** | **441.00** | **0.00** |

| Payments |||
|---|---|---|
| Type | Ref# | Amount |
| EFILING | 30277828 | 441.00 |
| **Total Received** || 441.00 |
| **Total Paid** || 441.00 |

## The clerk of courts is here to help you.

| | |
|---|---|
| **We can be found online at:** | WWW.DUVALCLERK.COM |
| **The main courthouse Location is:** | Clerk of the Circuit and County Courts<br>Duval County, Florida<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| **The main telephone number is:** | 904-255-2000 |
| **Other Locations:** | Neptune Beach Courthouse Annex<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

Filing # 120450925 E-Filed 01/28/2021 06:35:19 PM

**TRUE COPY**

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

STEVE DAWYRSON REYES,

    Plaintiff,

v.

THE CITY OF JACKSONVILLE BEACH, a body politic and corporate; HANNAH HOWELL, individually; BRIAN WALLACE, individually; and RANDY BLALOCK, individually.
    Defendant.

Case No.:
Division:

**JURY TRIAL DEMANDED**

Date: 2/22/21  Time: 4:10 pm
By: GY  # 671
Special Process Server

### SUMMONS

**TO: CITY OF JACKSONVILLE BEACH, C/O MAYOR CHRISTINE HOFFMAN, 11 N. 3rd St. Jacksonville, Beach, FL 32250.**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the person listed below.

MIGUEL A. ROSADA, ESQ.
ROSADA LAW, PLLC
301 W. Bay Street, 14TH FLOOR.
Jacksonville, FL 32202
Tel:  (904) 329-7233

T

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the Motion in this lawsuit on the above-named person.
Dated on _____ January 29 , 2021.

                            JODY PHILLIPS
                            CLERK OF THE CIRCUIT COURT

                            By: Christine Kent
                            **Deputy Clerk**



1

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la personne nommee ci-dessous.

MIGUEL A. ROSADA, ESQ.
ROSADA LAW, PLLC
301 W. Bay Street, 14TH FLOOR.
Jacksonville, FL  32202
Tel:    (904) 329-7233

Filing # 120450925 E-Filed 01/28/2021 06:35:19 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

STEVE DAWYRSON REYES,

    Plaintiff,

v.

THE CITY OF JACKSONVILLE BEACH, a body politic and corporate; HANNAH HOWELL, individually; BRIAN WALLACE, individually; and RANDY BLALOCK, individually.
    Defendant.

Case No.:
Division:

**JURY TRIAL DEMANDED**

## SUMMONS

**TO: HANNAH HOWELL, 101 Penman Rd S, Jacksonville Beach, FL 32250**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the person listed below.

MIGUEL A. ROSADA, ESQ.
ROSADA LAW, PLLC
301 W. Bay Street, 14TH FLOOR.
Jacksonville, FL  32202
Tel:   (904) 329-7233

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the Motion in this lawsuit on the above-named person.
Dated on _____January 29_____, 2021.

JODY PHILLIPS
CLERK OF THE CIRCUIT COURT

By:_Christine Kent_____
Deputy Clerk



1

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la personne nommee ci-dessous.

MIGUEL A. ROSADA, ESQ.
ROSADA LAW, PLLC
301 W. Bay Street, 14TH FLOOR.
Jacksonville, FL  32202
Tel:    (904) 329-7233

Filing # 120450925 E-Filed 01/28/2021 06:35:19 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

| | |
|---|---|
| STEVE DAWYRSON REYES,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF JACKSONVILLE BEACH, a body politic and corporate; HANNAH HOWELL, individually; BRIAN WALLACE, individually; and RANDY BLALOCK, individually.<br>    Defendant. | Case No.:<br>Division:<br><br><br><br>**JURY TRIAL DEMANDED** |

## SUMMONS

**TO: BRIAN WALLACE, 101 Penman Rd S, Jacksonville Beach, FL 32250**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the person listed below.

MIGUEL A. ROSADA, ESQ.
ROSADA LAW, PLLC
301 W. Bay Street, 14TH FLOOR.
Jacksonville, FL  32202
Tel:    (904) 329-7233

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the Motion in this lawsuit on the above-named person.
Dated on _____January 29__, 2021.

JODY PHILLIPS
CLERK OF THE CIRCUIT COURT

By: _Christine Kent_____
Deputy Clerk

1

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la personne nommee ci-dessous.

MIGUEL A. ROSADA, ESQ.
ROSADA LAW, PLLC
301 W. Bay Street, 14TH FLOOR.
Jacksonville, FL  32202
Tel:    (904) 329-7233

Filing # 120450925 E-Filed 01/28/2021 06:35:19 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

| | |
|---|---|
| STEVE DAWYRSON REYES,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF JACKSONVILLE BEACH, a body politic and corporate; HANNAH HOWELL, individually; BRIAN WALLACE, individually; and RANDY BLALOCK, individually.<br><br>    Defendant. | Case No.:<br>Division:<br><br><br><br>**JURY TRIAL DEMANDED** |

## SUMMONS

**TO: RANDY BLALOCK, 101 Penman Rd S, Jacksonville Beach, FL 32250**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the person listed below.

MIGUEL A. ROSADA, ESQ.
ROSADA LAW, PLLC
301 W. Bay Street, 14TH FLOOR.
Jacksonville, FL  32202
Tel:    (904) 329-7233

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the Motion in this lawsuit on the above-named person.
Dated on _____January 29_____, 2021.

JODY PHILLIPS
CLERK OF THE CIRCUIT COURT

By: _Christine Kent_
Deputy Clerk



1

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 01/29/2021 12:16:38 PM

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la personne nommee ci-dessous.

MIGUEL A. ROSADA, ESQ.
ROSADA LAW, PLLC
301 W. Bay Street, 14TH FLOOR.
Jacksonville, FL  32202
Tel:    (904) 329-7233

2